CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 0 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELISTON F. GEORGE,<br> Plaintiff, | )<br>) Civil Action No. 7:09cv00333<br>) |
| v. | ) **FINAL ORDER**<br>) |
| GENE M. JOHNSON, <u>et al.</u>,<br> Defendants. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This _10th_ day of August, 2009.

                _____
                United States District Judge